IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FELICIA A. JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-2620-KHV |
| | ) | |
| AMSTED RAIL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a motion to compel plaintiff's responses to interrogatories, requests for production of documents, and requests for admission, all served on April 4, 2019 (ECF No. 28). Plaintiff filed a certificate of service on June 14, 2019, indicating that she had served discovery responses, though it was unclear from the filing which responses were served (ECF No. 29). On June 26, 2019, defense counsel confirmed via telephone that plaintiff had provided responses to the interrogatories and requests for admission. Defense counsel has reached out to plaintiff regarding deficiencies in those responses.

Plaintiff has not, however, provided responses to the requests for production of documents. Under the time requirements set forth in D. Kan. Rule 6.1(d), any response to the motion to compel was due on June 25, 2019. No timely opposition has been filed. D. Kan. Rule 7.4(b) provides, "If a responsive brief or memorandum is not filed within the D. Kan. Rule 6.1(d) time requirements, the court will consider and decide the motion as an uncontested motion. Ordinarily, the court will grant the motion without further notice." The court therefore grants defendant's unopposed motion in part, related to the requests for

production of documents.  On or before **July 10, 2019**, plaintiff is directed to produce responses to defendant's requests for production of documents.  Defendant's additional requests are denied as moot, in light of plaintiff's June 14, 2019 discovery responses; if the parties aren't able to resolve any perceived deficiencies in plaintiff's interrogatory answers or her responses to defendant's requests for admissions, then defendant may re-file its motion to compel.

IT IS SO ORDERED.

June 26, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge
